

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Lario Oil & Gas Company,

Vs. No. 11-22-00230-CV

Black Hawk Energy Services, Ltd. and
Steel Energy Services, Ltd.,

–and–

Black Hawk Energy Services, Ltd.,

Vs. No. 11-22-00230-CV

Lario Oil & Gas Company,

\* From the 238th District Court
of Midland County,
Trial Court No. CV54669

\* May 9, 2024

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

 

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Lario Oil & Gas Company.